Joseph L. Lazarony and Others, Respondents, v. Pennsylvania Railroad Company, Appellant.— Judgment affirmed, with costs. All concurred.

Frank Koplinger, Appellant, v. American Locomotive Company, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Erwin S. Plumb, as Trustee, etc., Appellant, v. Lyell Avenue Lumber Company, Respondent.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

City of Buffalo, Appellant, v. Whitmier and Filbrick Company, Respondent.— Judgment affirmed, with costs, on the authority of *City of Buffalo*. v. *Cusack Co.* (143 App. Div. 957), decided March 8, 1911. Held, that the ordinance in question does not apply to billboards erected prior to the passage of the ordinance. All concurred; McLennan, P. J., on the further ground that there is no evidence tending to prove that the billboards in question were a common nuisance.

G. H. Peters Company, Respondent, v. St. Joseph's Roman Catholic Church Society of Perry, Wyoming County, New York, Appellant.— Judgment reversed and new trial ordered before another referee, with costs to appellant to abide event, upon questions of law and fact. Held, that the tenth and eleventh findings of facts made by the referee are against the weight of the evidence; that the tinning of the bell decks and the slating of the spires were included in the original contract. All concurred.

William Krasselt and Charles Krasselt, as Executors, etc., of Katharina Krasselt, Deceased, Appellants, v. Louise Worth and Others, Respondents.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event. Held, that upon the evidence as it stood when the plaintiffs rested they had made out a *prima facie* case, and a nonsuit should not have been granted, and the third finding in the decision is not sustained by the evidence. All concurred, except Robson, J., who dissented.

Katherine Sierakowska, as Administratrix, etc., of John Sierakowska, Deceased, Respondent, v. Barcalo Manufacturing Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Minnie C. Michel, as Executrix, etc., of Sophia Mary Callahan, Deceased, Respondent, v. Camilla Callahan, Appellant, Interpleaded with the Knights of the Maccabees of the World.— Judgment affirmed, with costs. All concurred.

Adon J. Hoffman, Appellant, v. Syracuse Rapid Transit Railway Company, Respondent.— Judgment of County Court reversed and judgment of Municipal Court affirmed, with costs in this court and County Court to plaintiff. All concurred, except McLennan, P. J., and Robson, J., who dissented.

Harry Hoyt, Respondent, v. The O. M. Edwards Company, Appellant.— Order affirmed, with costs. All concurred.

Louisa T. Clark, Appellant, v. A. Judson Wells, Respondent.— Judgment and order affirmed, with costs. Held, that the verdict is against the weight of the evidence, and that the damages are excessive. New trial to be had in the City Court on the 6th day of June, 1911, at ten o'clock in the